UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

OCT 2 7 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:22-cr-62-REW
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**JOHN CARICO and**
**GARY VOILES**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about August 31, 2022, in Pulaski County, in the Eastern District of Kentucky,

**JOHN CARICO and**
**GARY VOILES,**

aided and abetted by each other, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

**A TRUE BILL**

███████████████
**FOREPERSON**

_/s/ signed for_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, a fine of not more than a $10,000,000, and at least 5 years supervised release.

**PLUS:**     Mandatory special assessment of $100 per count.

**PLUS:**     Restitution, if applicable.